# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>D. TARNOFF, et al.,<br><br>　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01527-AWI-GBC (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>Doc. 13 |

　　On August 17, 2011, Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. The Court has not screened Plaintiff's complaint in this case.

　　On September 15, 2011, the Court granted Plaintiff's motion to proceed in forma pauperis. Doc. 9. On August 30, 2012, Plaintiff filed a second motion to proceed in forma pauperis in this case. Doc. 13. Since the Court already granted Plaintiff's first motion to proceed in forma pauperis, Plaintiff's subsequent motion is unnecessary.

　　Accordingly, Plaintiff's August 30, 2012 motion to proceed in forma pauperis is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:　August 31, 2012

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE