# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>      Plaintiff,<br><br>  vs.<br><br>D. TARNOFF, et al.,<br><br>      Defendants. | 1:11cv01527 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S<br>MOTION FOR STATUS<br><br>(Document 16) |

    Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed his action pursuant to 42 U.S.C. § 1983 on August 17, 2011. Pursuant to the Court's order, he filed a First Amended Complaint on September 24, 2012.

    On September 13, 2012, Plaintiff filed a request for the status of this action.

    The court will notify Plaintiff as soon as any action is taken in the case. Due to the large number of civil actions pending before the court, the clerk is unable to respond in writing to individual inquiries regarding the status of the case. As long as Plaintiff keeps the court apprised of his or her current address, Plaintiff will receive all decisions which might affect the status of

1

the case. The court has a large number of pro se prisoner and civil detainee cases pending before it and it will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: __April 2, 2013__                         /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE