# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON, | ) 1:11cv01527 AWI DLB PC |
| | ) |
| Plaintiff, | ) ORDER VACATING |
| | ) SEPTEMBER 7, 2012, ORDER |
| vs. | ) (Document 15) |
| | ) |
| D. TARNOFF, et al., | ) ORDER STRIKING PLAINTIFF'S FIRST |
| | ) AMENDED COMPLAINT |
| Defendants. | ) (Document 17) |

Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed his action pursuant to 42 U.S.C. § 1983 on August 17, 2011. The Court issued an order on September 7, 2012, dismissing the complaint with leave to amend. Plaintiff filed a First Amended Complaint on September 24, 2012.

In the interests of justice, the Court VACATES the September 7, 2012, order dismissing the complaint with leave to amend, and STRIKES the September 24, 2012, First Amended

///
///
///
///

1

Complaint.

The Court will re-screen the original complaint, filed on August 17, 2011, by separate order.

IT IS SO ORDERED.

Dated:   **April 20, 2013**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE