# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>  Plaintiff,<br><br>  v.<br>D. TARNOFF, et al.,<br><br>  Defendants. | 1:11cv01527 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>(Document 31) |

Plaintiff James R. Harrison ("Plaintiff"), is proceeding pro se and in forma pauperis in this civil rights action filed on August 17, 2011. The action is proceeding on a First Amendment claim against Defendant Cox.

On May 13, 2013, the Court ordered the United States Marshal to serve Defendant Cox.

On August 23, 2013, Defendant Cox filed a motion for an extension of time to file a responsive pleading. The Court granted the request and Defendant's responsive pleading is due by October 15, 2013.

On September 16, 2013, Plaintiff requested that the Clerk enter default against Defendant Cox. Fed. R. Civ. Proc. 55. Plaintiff appears to take issue with the fact that the request for an extension was filed *after* Defendant's responsive pleading was filed. Plaintiff is correct and the request was granted *nunc pro tunc.*

However, the fact that Defendant requested an extension after the due date, where even Plaintiff agrees good cause existed, does not support an entry of default. Plaintiff argues that

1

1  Defendant did not explain why he filed a request after the due date, but Counsel's declaration
2  specifically states that he did not receive the case from CDCR until August 20, 2013, four days after
3  a response was due.
4      Plaintiff also suggests that the Court would not afford him such leniency, though he is
5  incorrect. As a pro se Plaintiff, the Court is cognizant of issues that arise while prosecuting an action
6  and responds to requests for additional time accordingly.
7      Therefore, based on the above, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　Dated:   **September 29, 2013**             /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

2