# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. TARNOFF, et al.,<br><br>　　　　Defendants. | ) 1:11cv01527 AWI DLB PC<br>)<br>)<br>) ORDER GRANTING PLAINTIFF AN<br>) EXTENSION OF TIME TO RESPOND TO<br>) COURT'S APRIL 17, 2014, ORDER<br>)<br>) THIRTY-DAY DEADLINE<br>)<br>) |

　　　Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action.

　　　On April 17, 2014, the Court vacated the February 3, 2014, Findings and Recommendations that Defendant's motion to dismiss based on exhaustion be granted. Pursuant to recent Ninth Circuit case law, the Court converted the motion into a motion for summary judgment and ordered the parties to inform the Court if discovery related to exhaustion was necessary within thirty (30) days. Defendant did not file a timely request for additional discovery.

1

On May 23, 2014, the Court received a filing from Plaintiff indicating that he has not been able to have access to all of his legal papers, and therefore could not respond to the Court's April 17, 2014, order.  It also appears that Plaintiff has been transferred.

Accordingly, the Court GRANTS Plaintiff an extension of time of thirty (30) days within which to inform the Court if additional discovery related to exhaustion is necessary.

IT IS SO ORDERED.

Dated:   **May 29, 2014**                             /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE