# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>            Plaintiff,<br><br>      vs.<br><br>D. TARNOFF, et al.,<br><br>            Defendants. | 1:11cv01527 AWI DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR COURT ORDER (Document 44)<br><br>ORDER REQUIRING DEFENDANT TO FILE STATUS REPORT WITHIN FIFTEEN DAYS |

Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action.

On April 17, 2014, the Court vacated the February 3, 2014, Findings and Recommendations that Defendant's motion to dismiss based on exhaustion be granted. Pursuant to recent Ninth Circuit case law, the Court converted the motion into a motion for summary judgment and ordered the parties to inform the Court if discovery related to exhaustion was necessary within thirty (30) days. Defendant did not file a timely request for additional discovery.

On May 29, 2014, the Court granted Plaintiff an additional thirty days within which to inform the Court if additional discovery related to exhaustion is necessary.

On June 9, 2014, Plaintiff filed a letter in which he requests that the Court order access to the prison law library to perform research. Plaintiff states that he has "put in for [his] legal work but [has] not heard back from the Legal Officer. . ." Plaintiff also states that he is being denied access to his legal work and property.

As it appears that Plaintiff was recently transferred and does not yet have his legal property, the Court ORDERS Defendant to file a status report, within fifteen (15) days, as to the status of Plaintiff's property. The Court will set a date for Plaintiff to respond to the April 17, 2014, order after Defendant files the status report.

IT IS SO ORDERED.

Dated:   **June 18, 2014**                             /s/ *Dennis L. Beck*
                                                                          UNITED STATES MAGISTRATE JUDGE