# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>D. TARNOFF, et al.,<br><br>　　　　　Defendants. | 1:11cv01527 AWI DLB PC<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S REQUEST TO WITHDRAW ACTION WITHIN TEN DAYS<br><br>(Document 48) |

　　　　Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action.

　　　　Defendant's motion for summary judgment based on exhaustion is pending.[1]

　　　　On July 2, 2014, Plaintiff filed a request to withdraw this action. As there is a motion for summary judgment pending, a Court order is necessary. Such a dismissal is generally without prejudice. Fed. R. Civ. Proc. 41(a)(2).

---

[1] Defendant's motion was originally filed as an unenumerated motion to dismiss on October 4, 2013. Due to recent Ninth Circuit case law, the Court converted the motion to a motion for summary judgment on April 17, 2014.

1

Accordingly, within ten (10) days of the date of service of this order, Defendant is ORDERED to file a response indicating whether he objects to a dismissal without prejudice.  If Defendant does not object to a dismissal without prejudice, the Court will dismiss this action and deny all pending motions as moot.

IT IS SO ORDERED.

Dated:   **July 3, 2014**                                     /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE