# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUHALLAH HARRISON,<br><br>        Plaintiff,<br><br>   vs.<br><br>D. TARNOFF, et al.,<br><br>        Defendants. | 1:11cv01527 AWI DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW ACTION<br>(Document 48)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>ORDER DENYING ALL PENDING MOTIONS AS MOOT<br>(Documents 33 and 46) |

     Plaintiff James Ruhallah Harrison ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action.

     On July 2, 2014, Plaintiff filed a request to withdraw this action. As there is a motion for summary judgment pending, a Court order is necessary. The Court therefore ordered Defendant to file a response indicating whether he objected to dismissal without prejudice. Fed. R. Civ. Proc. 41(a)(2).

On July 9, 2014, Defendant filed a statement of non-opposition to Plaintiff's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to withdraw this action (Document 48) is GRANTED;

2. This action is DISMISSED WITHOUT PREJUDICE; and

3. All pending motions (Documents 33 and 46) are DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  July 11, 2014

SENIOR  DISTRICT  JUDGE